**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SHARON PITTMAN,**

    **Plaintiff,**

**vs.**                                                                   **CASE NO. 1:06CV126-MMP/AK**

**FIRST APPROVAL MORTGAGE,**
**et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

On November 15, 2006, an Order directing service was sent to Plaintiff with summons for all the defendants named in her pleading. (Docs. 7 and 8). Pursuant to Rule 4(m), Federal Rules of Civil Procedure, Plaintiff had 120 days from the date the complaint was filed (June 20, 2006) to serve the defendants in this cause. As of this date no summons have been returned, no answers have been filed, and Plaintiff did not respond to an Order to Show Cause entered on March 28, 2007, advising her to respond in writing by April 13, 2007. (Doc. 9).

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to serve the Defendants within the time provided by the Rules of Civil Procedure and has failed to comply with two Orders from this Court (docs. 7 and 9) and has not otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **26th** day of July, 2007.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:06CV126-MP/AK