IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON K PITTMAN,

      Plaintiff,

v.                                        CASE NO. 1:06-cv-00126-MP-AK

FIRST APPROVAL MORTGAGE,
et al.,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 10, Report and Recommendation of the

Magistrate Judge, recommending that this case be dismissed with prejudice.  The time for filing

objections has passed and none have been filed.  The Court agrees with the Magistrate Judge that

Plaintiff has failed to prosecute this case and to comply with orders of the Court.  Accordingly, it

is hereby,

      **ORDERED AND ADJUDGED:**

      1.      The Report and Recommendation of the Magistrate Judge is adopted and
              incorporated herein.

      2.      This action is DISMISSED, and the clerk is directed to close the file.

      **DONE AND ORDERED** this  *11th*  day of October, 2007

                        *s/Maurice M. Paul*

                      Maurice M. Paul, Senior District Judge